

570 Broad Street / Suite 1201 / Newark, NJ 07102
**P:** 973.623.3000 / **F:** 973.623.0858 / litedepalma.com

Newark ▌ Philadelphia

August 20, 2020

**ECF**

Honorable James B. Clark, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Nieves-Hall v. City of Newark, et al.*
              **Civil Action No.: 2:19-cv-9755 (KM) (JBC)**

Dear Judge Clark:

      This office represents the Defendant, Anthony Ambrose, in the above-referenced matter. By way of Letter Order, this court scheduled a Settlement Conference for August 25, 2020. This office has been in touch with Counsel for the City of Newark, Ms. Scott, discussing settlement options. Meetings have been conducted with the City Law Department for the purpose of gaining approvals and authority to improve on the City's last offer.

      Accordingly, it is respectfully requested that this Court adjourn the August 25, 2020 Settlement Conference for forty-five (45) days so that approvals may be finalized by the necessary persons within the City. Strong presentations have been made to the City, and this office sincerely seeks to resolve this matter efficiently and effectively. Moreover, it is probable that the parties may come to resolution prior to any new date for the Settlement Conference.

      Thank you for your courtesies in this regard.

                                                        Respectfully,

                                                         */s/ Victor A. Afanador*

                                                         Victor A. Afanador

VAA/cd
cc:     All counsel of Record (via ECF)

839167.1